## SECURITY STATE BANK v. FIRST STATE BANK OF BRANTFORD.

(154 N. W. 284.)

Opinion filed September 16, 1915.

Appeal from the District Court of Eddy County; Buttz, J. Action to recover on a certified check. Demurrer.

Judgment for plaintiff overruling demurrer. Defendant appeals. Affirmed.

Maddux & Rinker for appellant.

James A. Manley for respondent.

PER CURIAM: This case is controlled by the decision in the case of Security State Bank v. State Bank, ante, 454, 154 N. W. 282.

The judgment of the District Court is affirmed.